DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GARY KENNETH LIGHTNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0230

_____

October 31, 2025

Appeal from the County Court for Manatee County; Melissa Gould, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Gary Kenneth Lightner, pro se.

James Uthmeier, Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.